448 A.2d 1153

Commonwealth v. Treadwell, Appellant.

Submitted March 12, 1979. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

The order of the lower court is affirmed.

HOFFMAN, J., concurred in the result.